UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                          Hon. Phillip J. Green

v.

                                          Case No. 1:17-mj-00282

RETISHA MAE PEGRAM,

    Defendant.

_____/

**<u>ORDER OF DETENTION</u>**

    Defendant appeared before me on September 21, 2017, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of her rights, including those attendant to a detention hearing, defendant waived her right to the hearing, electing not to contest detention at this time.  Defendant may raise the issue of her continuing detention, should the circumstances relating to her state matter change.  I find that her waiver was knowingly and voluntarily entered.

    Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

    DONE AND ORDERED on September 21, 2017.


                                            /s/ Phillip J. Green
                                        PHILLIP J. GREEN
                                        United States Magistrate Judge